**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 22-cr-150 (JEB)** |
| | : | |
| **RAMANAN PATHMANATHAN,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO ALLOW REMOTE ATTENDANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion requesting that the Court permit the victims of this offense to attend the May 27, 2026, sentencing hearing and give victim impact statements over Zoom.   The Defendant does not oppose this motion. In support of this motion, the government states as follows:

1. The defendant's conduct in this case involved over 100 identified minor victims;

2. Most of the identified victims reside outside the District of Columbia;

3. As of the date of this Motion filing, eight victims have informed the government that they would like to make a victim impact statement at sentencing;

4. While the government is attempting to make travel arrangements for some of the victims to appear at sentencing, the funding for travel is not guaranteed and several victims would like the option of appearing by Zoom to make their victim impact statements.

WHEREFORE, the government respectfully requests that the Court allow the victims in this case the option of attending the sentencing hearing by Zoom and giving their victim impact statements by Zoom.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

1

By:    */s/ Karen Shinskie*
      Karen Shinskie
      DC Bar Number 1023004
      Assistant United States Attorney
      United States Attorney's Office
      601 D Street, N.W.
      Washington, DC 20530
      Phone: (202) 252-7688